JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DODAITON, INC., a California Corporation; ROBERTO MORALES, doing business as "DOLAR & MAS"; and DOES 1-10,<br><br>　　　　Defendants. | CASE NO. CV 14-00372 MMM (JEMx)<br><br>JUDGMENT FOR PLAINTIFF |

On May 7, 2014, the court dismissed plaintiff Chris Langer's claims against defendant Roberto Morales, doing business as Dolar & Mas. On May 18, 2015, the court entered an order granting plaintiff Chris Langer's motion for entry of default judgment against defendant Dodaiton, Inc ("Dodaiton"). Consequently,

IT IS ORDERED AND ADJUDGED

1. That Langer recover $4,000 in statutory damages under the Unruh Civil Rights Act from Dodaiton;

2. That Langer recover $2,465 in attorneys' fees from Dodaiton;

3. That Langer recover $420 in costs from Dodaiton;

4. That Dodaiton is enjoined to remove all architectural barriers identified in Langer's complaint – i.e., to provide disabled access to the Market's entrance, by *inter alia*, installing ramps and removing moveable objects, and to provide accessible disabled parking spaces in compliance with the ADA Accessibility Guidelines; and

5. That the action be, and is hereby, dismissed.

DATED: May 18, 2015

                                      MARGARET M. MORROW
                                      UNITED STATES DISTRICT JUDGE

2